SOMERS LUMBER COMPANY, RESPONDENT, v. STATE BOARD OF TAXES AND ASSESSMENT, APPELLANT.

Argued May 27, 1931—Decided February 1, 1932.

For the respondent, *Cole & Cole.*

For the appellant, *William A. Stevens,* attorney-general, and *John Solan.*

PER CURIAM.

The judgment under review herein should be affirmed, for reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—TRENCHARD, LLOYD, CASE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 10.

*For reversal*—None.